No. 88–6078.   BRITZ *v.* ILLINOIS, 489 U. S. 1044 and 490 U. S. 1042.   Motion of petitioner for leave to file second petition for rehearing denied.

SEPTEMBER 5, 1989

No. 89–77.   LOUISIANA DOCK CO., INC. *v.* LOGAN.   Sup. Ct. La.   Certiorari dismissed under this Court's Rule 53.

No. 88–2063.   MINORCO *v.* CONSOLIDATED GOLD FIELDS PLC ET AL.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 13, 1989

No. 89–195.   MONROE *v.* BUTLER, WARDEN.   Crim. Dist. Ct., Parish of Orleans, La.   Certiorari dismissed under this Court's Rule 53.

No. A–159 (89–5221).   PASTER *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

SEPTEMBER 21, 1989

No. 88–2017.   M/V LITSA, FKA LAURIE U *v.* SOUTHEASTERN MARITIME CO. ET AL.   C. A. 3d Cir.   Certiorari dismissed as to Port Stevedoring Co., Inc., and Ryan-Walsh Stevedoring Co., Inc., under this Court's Rule 53.